UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ASSEMBLY POINT AVIATION, INC.,

                        Plaintiff,

    -against-

RICHMOR AVIATION, INC. and MAHLON W. RICHARDS,

                        Defendants.

**AFFIDAVIT OF JOHN J. HENRY**

Case No. 1:13-CV-298 (FJS-RFT)

---

STATE OF NEW YORK    )
                                  ) ss.
COUNTY OF ALBANY     )

JOHN J. HENRY, being duly sworn, hereby deposes and says:

1. I am a member of Whiteman Osterman & Hanna LLP, counsel for Plaintiff Assembly Point Aviation, Inc. in this matter.

2. I respectfully submit this affidavit in opposition to the motion of Defendants Richmor Aviation, Inc. and Mahlon W. Richards seeking to dismiss Plaintiff's complaint in this action.

3. Attached as Exhibit A is the charter contract between Richmor Aviation, Inc. and SportsFlight Air, Inc., dated June 14, 2002, for the exclusive use of Plaintiff's aircraft, N85VM.

4. For the reasons set forth in Plaintiff's accompanying memorandum of law, Plaintiff respectfully requests that this Court deny Defendants' motion to dismiss in its entirety.

*[signature]*
JOHN J. HENRY

Sworn to before me on this
31st day of May, 2013

*[signature]*
Notary Public

LISA D. RICE
Notary Public, State of New York
No. 01RI4805553
Qualified in Rensselaer County
Commission Expires May 31, 20 14

# EXHIBIT A

571-239-0363




TO:     SportsFlights Airways, Inc.
        156A Depot Rd
        Huntington, NY 11746
        Attn: Don Moss

FROM:   Richmor Aviation, Inc
        1142 Route 9H
        PO Box 423
        Hudson, NY 12534

Date:   June 14, 2002

The following, with addendum constitutes the charter contract.

### Charter Contract

| | |
|---|---|
| Charterer: | SportsFlights Airways, Inc as Authorized Agent for DynCorp, Inc |
| Carrier: | Richmor Aviation, Inc |
| Aircraft: | Gulfstream IV |
| Registration: | N85VM |
| Configuration: | 10 passenger seats |
| Crew: | as approved |
| Date: | May 6, 2002 - November 6, 2002 |
| Schedule: | As required with a guarantee of 250 hours during this period |
| Charter Price: | As outlined in Appendix "A" |

The charter price is based on performing the flights during agreed period of time only, and the flights are subject to obtaining traffic rights/government approvals/overflight permits. Richmor Aviation, Inc agrees that the flights are subject to be operated under a letter of public convenience

Charter Contract between Richmor Aviation, Inc. and Sportsflight Airways, Inc.
Page 1 of 5                                      SAI initial ___

## ADDENDUM TO CHARTER CONTRACT BETWEEN RICHMOR AVIATION, INC. (RAI) AND SPORTSFLIGHTS AIRWAYS, INC. (SAI)

The following additional provisions are included in the contract agreement:

1. The liability insurance shall include as additionally insured Meta Buttenheim DBA AirMarketing Services, SportsFlights Airways, Inc and Dyncorp, Inc. RAI shall obtain and maintain throughout the term of the contract, aircraft liability insurance in an amount not less than a combined single limit bodily injury and property damage of Two hundred million ($200,000,000) (See Appendix A) each occurrence including passenger legal liability. A Certificate of Insurance evidencing the foregoing and providing that such insurance shall not be reduced and/or terminated without 30 days prior written notice to SAI and shall be furnished to SAI upon execution hereof and prior to operation of the Aircraft. In addition, RAI, to agrees to maintain and keep in full force during the contract term hereof, insurance for aircraft liability and war risk aircraft liability, non owner aircraft liability, premises liability, incidental contractual liability, aircraft medical expenses $5000 each person, baggage and personal effects $2500 each passenger, Mexican liability policy (if applicable), trip interruption, flight continual on expenses $2000 per passenger (if available).

2. RAI shall deliver the aircraft in airworthy condition with appropriate certificates or other documents establishing the valid and current registration of the aircraft with the Federal Aviation Administration and Certificate of Airworthiness as issued by the Federal Aviation Administration. RAI shall maintain the aircraft under the current applicable FAA (part 135) rules RAI as operator of the aircraft during the term of this agreement shall be responsible for, at its expense, the maintenance, repair, and periodic inspection of the aircraft, inclusive of the engines, instruments, airframe, and each of its other components and subsystems, and accordingly, keep and maintain the records of same, all in conformity with applicable FAA regulations. The price to SAI includes all fuel, fluids, etc., necessary to operate the aircraft, including the salaries of the pilots and crew and all insurance premiums except as noted in Appendix "A"

3. RAI shall make appropriate airport arrangements consistent with SAI's schedule, including but not limited to dispatch and incoming and outgoing clearances.

4. Should safety dictate mandatory de-icing before the flight, the cost of such deicing will be paid by SAI Whether de-icing is required shall be determined by the pilot, in his sole discretion

Charter Contract between Richmor Aviation, Inc and Sportsflights Airways, Inc.
Page 2 of 5                                              SAI initial

5. RAI warrants and represents that (I) it has the right, power and authority to enter into an agreement and to perform it's obligations hereunder and (ii) the aircraft is operated under the authority of a certificate issued by the appropriate authorities and is otherwise in compliance with all the applicable domestic and international regulations.

6. RAI will promptly notify SAI of any force majeure condition, which may result in a failure of the aircraft and shall use its best efforts to find suitable backup aircraft. In the event of such termination, RAI shall refund to SAI any outstanding credit on their account.

7. In the event that any certificate, permit or authorization relating to the aircraft is revoked, suspended or expires during the contract through no fault of RAI, and RAI is unauthorized to operate aircraft or to furnish backup aircraft in accordance with the provisions above, then this agreement shall automatically terminate

8. RAI shall be responsible for and promptly discharge any fee, fine, levy, penalty, or any other claim or demand which may be imposed or asserted as to the aircraft by any private or governmental agency or person during the term hereof relating to RAI operation of the aircraft  (See Appendix A)

9. Each party hereto agrees and understands that each clause, term, and condition of this agreement represents their entire understanding; and, that in entering into this agreement, neither party hereto relies on or has considered any representation or supposed understanding not expressly set forth herein

10. Each party hereto agrees and understands that the terms and conditions of this agreement are to be construed and interpreted in accordance with the laws of the State of New York and are deemed to be applicable hereto in the resolution of any dispute, which may arise herein

11. The terms of this agreement expires on November 6, 2012.

12. SportsFlights Airways, shall pay Richmor Aviation, Inc. the fees and charges in accordance with Richmor Aviation, Inc 's invoices

**ACCEPTED AND AGREED:**

**RICHMOR AVIATION, INC.**          **SPORTSFLIGHTS AIRWAYS, INC.**
By: _[signature]_                    By: _[signature]_
An Authorized Representative         An Authorized Representative

Charter Contract between Richmor Aviation, Inc and Sportsflights Airways, Inc.
Page 3 of 5                                            S.AI initial _[initials]_

RICHMOR AVIATION, INC.

APPENDIX "A"
CONTRACT FEE STRUCTURE

The following is the fee structure for the contract with SportsFlights Airways, Inc

Guarantee of Two hundred and fifty (250) flight time hours within six (6) months and the option to do fifty (50) hours per month thereafter

Positioning rate to/from Washington (IAD)                    $5,000.00/hr

Charges per hour of actual flight time @                      $4,900.00/hr.
Extra crew charges                         $800/per crew member per day
Flight Attendant                                       no daily charge
Crew expenses        Government perdiem per crew member per 8-10 day
                     rotation plus airline expenses to swap crews beyond 10 days.

Additional charges: (billed at actual costs)
- Weather related items: i.e.: aircraft deice/hangar etc.
- Catering
- Passenger ground transportation
- Flitephone
- Landing/ramp/facility use fees
- International handling/overflights/permits, etc (please note that in some cases this can take up to 12 mos. to secure.)
- Fuel surcharge: RAI reserves the right to implement this as fuel costs increase.
- Additional $100,000,000 liability insurance.
- Any fee, fine, levy, penalty, or any other claim or demand which may be imposed or asserted as to the aircraft by any private or governmental agency or person during the term hereof relating to RAI operation of the aircraft

SportsFlights Airways, Inc
Agreed: _____
Date: 6/18/02

NOTE: Any taxes due are the responsibility of SportsFlights Airways, Inc

Charter Contract between Richmor Aviation, Inc. and Sportsflight Airways, Inc
Page 4 of 5                                            S/U initial _____

Richmor Aviation, Inc. will not be held responsible for any delays caused by strikes, civil strife, weather, acts of God, or unforeseen mechanical delays

Richmor Aviation, Inc. will maintain liability insurance in the amount of $200,000,000 USD and will operate the charter in accordance with FAR 91 and all applicable Federal State and Local ordinances as defined by the U.S. Department of Transportation and the U.S Federal Aviation Administration and under the provisions dictated under the letter of Public Convenience as provided

### Cancellation Policy

1. If cancellation occurs more than 12 hours prior to scheduled aircraft dispatch then no charge except as noted in Item 4.
2. If cancellation occurs less than 12 hours prior to scheduled aircraft dispatch then no charge except as noted in item 4.
3. If cancellation occurs after aircraft has been dispatched then actual flight time incurred at $4900.00 per hour plus charges as noted in Item 4.
4. Reimbursement of all expenses incurred, subject to providing appropriate evidence of such expenses, for permits, handling and logistics on domestic and international flights as required

### Payment Terms

Confirmation of contract requires a good faith deposit of 10% on guaranteed hours (147,000.00) and payment of invoices within 30 days after date of invoice SportsFlights Airways, Inc agrees to pay an additional amount equal to one and one half percent (1 ½%) interest per month on balances which are past due thirty-one (31) days or reasonable attorney's fees on the cost of collection.

RICHMOR AVIATION, INC.  
Agreed by: _[signature]_  
Date: 6/14/2002

SPORTSFLIGHTS AIRWAYS, INC.  
Accepted by: _[signature]_  
Date: 6/18/02

Charter Contract between Richmor Aviation, Inc and Sportsflights Airways, Inc  
Page 5 of 5