**WHITEMAN OSTERMAN & HANNA** LLP

Attorneys at Law
www.woh.com

John J. Henry
Partner
518.487.7650 phone
jhenry@woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

November 18, 2013

*Via Electronic Filing*
Hon. Randolph F. Treece
James T. Foley - U.S. Courthouse
445 Broadway
Albany, NY 12207-2924

    Re:    <u>Assembly Point Aviation, Inc. v. Richmor Aviation, Inc. et al.</u>
            Civil Case No. 1:13-cv-00298 (FJS-RFT)
            Status Report

Dear Magistrate Judge Treece,

    I write to provide the Court with a status update in the above-referenced action. Since the date of the Rule 16 conference before the Court, the parties have negotiated and executed a confidentiality stipulation governing the designation and production of confidential information in this action, engaged in two rounds of document discovery, served and responded to interrogatories, and have engaged in discussions regarding scheduling the depositions of at least six witnesses during the months of December 2013 and January 2014. The parties have discussed and resolved some, but not all, of the parties' objections to discovery to date, and are presently working toward resolving the remainder without seeking court intervention. At this time, I do not anticipate needing an extension of the close of discovery provided in this Court's pretrial scheduling order, dated August 6, 2013 (Dkt. No. 23).

    If the Court has any questions or concerns, please do not hesitate to contact me. Thank you for your consideration.

            Respectfully submitted,

            John J. Henry

cc:    Brian M. Quinn, Esq. *(via e-filing)*