UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ASSEMBLY POINT AVIATION, INC.,

                      Plaintiff,

    -against-

RICHMOR AVIATION, INC. and MAHLON W. RICHARDS,

                      Defendants.

**ORDER TO SHOW CAUSE**

Case No. 1:13-CV-298
(FJS-RFT)

---

Upon the annexed Declaration of John J. Henry, Esq., sworn to on May 8, 2014, the exhibits attached thereto, the accompanying memorandum of law, and all prior pleadings and proceedings, it is hereby

ORDERED, that the above-named Defendant show cause before this Court at _____ on _____, 201\_, or as soon thereafter as counsel can be heard why an order should not be issued, pursuant to Federal Rules of Civil Procedure 26(c) and 45(d)(3): (1) why the subpoena issued by Defendant to Albany Law School for Ms. Suprenant's private educational records should not be quashed and a protective order issued prohibiting Defendant from continuing to seek disclosure of that information; (2) why the subpoena issued by Defendant to JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. for Plaintiff's loan documents should not be quashed and a protective order issued prohibiting Defendant from continuing to seek the disclosure of that information; (3) awarding Plaintiff and Ms. Suprenant the reasonable expenses incurred in the making of this motion; and (4) granting Plaintiff and Ms. Suprenant such other relief as this court shall deem just, equitable, and proper.; and it is further

ORDERED that this Order to Show Cause, together with the papers recited above shall be served on Defendant overnight mail to its counsel of record no later than _____; Defendant's responsive papers, if any, shall be served by overnight mail no later than _____; and Plaintiff and Ms. Suprenant's reply papers, if any shall be served by overnight mail no later than _____. Personal appearances will/will not be required on the return date of this motion.

Dated: May __, 2014
       Albany, New York

SO ORDERED:

_____
Hon. Randolph F. Treece