# EXHIBIT 2


# Richmor Aviation

October 19, 2006

Mr Don Moss
SportsFlight Air, Inc
460 New York Avenue
Huntington, NY 11743

Dear Don,

Enclosed please find our invoice for the unused hours on GIV N227SV (aka N85VM) for the period of May 2002 – May 2005

In reviewing the attached backup you will notice that Richmor was able to reduce your obligation by 305.4 charter hours (despite the fact that many other revenue hours were turned down in order to honor our obligation to you) Had we not given you the charter hours credit you would be responsible for an extra $1,420,110.00 not to mention the associated interest

Richmor has become the target of negative publicity and hate mail In the future, whenever the name "Richmor" is googled this will come up

GIV N227SV will always be linked to renditions No tail number change will ever erase that and our requests for government assistance in this matter have been ignored.

Our crews are not comfortable leaving the country The owners of N227SV are afraid to fly in their own aircraft. We are losing a management customer due to this association.

The bill is owed Richmor. We were repeatedly told we were doing a fantastic job. We don't need to have another meeting. We need to have the bill paid within 30 days or we will seek legal action.

Sincerely,

Mahlon W Richards
President

*Corporate Headquarters*
Columbia County Airport  Hudson. N.Y. 12534  518-828-9461  800-331-6101  richmor@taconic net

| Date of Flight | Hours | Flight |
|---|---|---|
| 6/30/2002 | 7.3 | MUGM |
| 7/12/2002 | 6.5 | MUGM |
| 7/17/2002 | 2.3 | LTAG |
| 7/31/2002 | 28.9 | OAKB |
| 8/10/2002 | 12.4 | MUGM |
| 8/19/2002 | 6.2 | MUGM |
| 8/23/2002 | 6.6 | MUGM |
| 8/30/2002 | 13.3 | MUGM |
| 9/6/2002 | 6.4 | MUGM |
| 9/15/2002 | 6.5 | MUGM |
| 9/20/2002 | 14.1 | MUGM |
| 9/29/2002 | 12.2 | MUGM |
| 10/6/2002 | 6.1 | MUGM |
| 10/10/2002 | 6.4 | MUGM |
| 11/2/2002 | 6.4 | MUGM |
| 11/6/2002 | 6.3 | MUGM |
| 11/8/2002 | 37.7 | OAKB |
| 11/20/2002 | 44.5 | OAKB |
| 12/4/2002 | 34.8 | OJAM |
| 12/16/2002 | 7.7 | MUGM |
| 12/16/2002 | 6.1 | MUGM |
| 1/17/2003 | 27.6 | OJAM |
| 1/31/2003 | 7.6 | MUGM |
| 2/3/2003 | 24.1 | HECA |
| 3/1/2003 | 36.4 | OPRN |
| 3/16/2003 | 7.5 | MUGM |
| 4/2/2003 | 7.5 | MUGM |
| 4/9/2003 | 7.8 | MUGM |
| 5/1/02 - 4/30/03 | 417.9 | |

| Date of Flight | Hours | Flight |
|---|---|---|
| 5/5/2003 | 7 6 | MUGM |
| 5/16/2003 | 35 1 | OMDB |
| 5/26/2003 | 6 7 | MUGM |
| 5/30/2003 | 7 5 | MUGM |
| 6/11/2003 | 9 4 | MUGM |
| 7/2/2003 | 7 4 | MUGM |
| 7/27/2003 | 9 1 | MUGM |
| 8/12/2003 | 50 | OAKB |
| 9/8/2003 | 12 5 | MUGM |
| 9/22/2003 | 9 4 | MUGM |
| 10/6/2003 | 7 8 | MUGM |
| 10/25/2003 | 6 1 | MUGM |
| 11/6/2003 | 24 5 | LQTZ |
| 11/20/2003 | 4 9 | Charter |
| 11/25/2003 | 1 3 | Charter |
| 11/26/2006 | 7 1 | Charter |
| 12/3/2003 | 8 6 | MUGM |
| 12/15/2003 | 35 | OAKB |
| 1/4/2004 | 7 4 | MUGM |
| 1/12/2004 | 20.2 | MUGM |
| 1/25/2004 | 31 1 | DOHA |
| 2/9/2004 | 7 6 | MUGM |
| 2/14/2004 | 2 | cxl |
| 2/18/2004 | 5 4 | Charter |
| 3/11/2004 | 7 1 | MUGM |
| 3/22/2004 | 6 5 | MUGM |
| 3/27/2004 | 18 7 | GMME |
| 4/11/2004 | 26 9 | GMME |
| 4/23/2004 | 5 9 | MUGM |
| 4/25/2004 | 35 1 | OAKB |
| 5/1/03 - 4/30/04 | 423 9 | |

| Date of Flight | Hours | Flight |
|---|---|---|
| 5/3/2004 | 29 5 | GMME |
| 5/20/2004 | 23 2 | GMME |
| 6/11/2004 | 35 4 | OAKB |
| 7/10/2004 | 3 1 | Charter |
| 7/15/2004 | 37 5 | UTDD |
| 7/20/2004 | 3 1 | Charter |
| 7/23/2004 | 15 6 | GMME |
| 7/25/2004 | 20 | HLLM |
| 7/30/2004 | 36 5 | GMME |
| 8/12/2004 | 36 6 | OAKB |
| 9/5/2004 | 34 9 | OAKB |
| 9/14/2004 | 9 3 | MUGM |
| 9/19/2004 | 28 7 | OAKB |
| 9/29/2004 | 27 2 | OJAM |
| 10/14/2004 | 5 7 | Charter |
| 10/16/2004 | 6 1 | MUGM |
| 11/19/2004 | 40 6 | OAKB |
| 11/22/2004 | 9 6 | MUGM |
| 11/28/2004 | 6 1 | Charter |
| 12/2/2004 | 15 8 | Charter |
| 12/14/2004 | 35 6 | OAKB |
| 12/26/2004 | 9 | Charter |
| 12/27/2004 | 2 3 | Charter |
| 12/27/2004 | 3 9 | Charter |
| 12/28/2004 | 4 7 | Charter |
| 12/29/2004 | 11 6 | Charter |
| 12/30/2004 | 2 | Charter |
| 1/1/2005 | 5 5 | Charter |
| 1/10/2005 | 9 | MUGM |
| 1/13/2005 | 9 3 | Charter |
| 1/24/2005 | 10 4 | Charter |
| 1/26/2005 | 2 1 | Charter |
| 2/1/2005 | 5 6 | Charter |
| 2/3/2005 | 3 7 | Charter |
| 2/5/2005 | 4 9 | Charter |
| 2/10/2005 | 5 4 | Charter |
| 2/17/2005 | 6 3 | Charter |
| 2/18/2005 | 3 5 | Charter |
| 2/19/2005 | 5 2 | Charter |
| 2/21/2005 | 4 2 | Charter |
| 2/22/2005 | 2 9 | Charter |
| 2/25/2005 | 5 7 | Charter |
| 2/27/2005 | 8 6 | Charter |
| 3/6/2005 | 5 9 | Charter |
| 3/7/2005 | 24 | Charter |
| 3/17/2005 | 6 8 | Charter |
| 3/18/2005 | 6 2 | Charter |
| 3/19/2005 | 6 4 | Charter |
| 3/20/2005 | 8 5 | Charter |
| 3/24/2005 | 2 6 | Charter |
| 3/26/2005 | 5 8 | Charter |

| Date | Amount | Type |
|---|---|---|
| 3/29/2005 | 5 | Charter |
| 4/1/2005 | 6 4 | Charter |
| 4/3/2005 | 8 6 | Charter |
| 4/4/2005 | 4 5 | Charter |
| 4/15/2005 | 5 7 | Charter |
| 4/17/2005 | 5 5 | Charter |
| 4/18/2005 | 11 2 | Charter |
| 4/21/2005 | 5 2 | Charter |
| 4/25/2005 | 2 2 | Charter |
| 4/28/2005 | 3 3 | Charter |
| 4/28/2005 | 2 4 | Charter |
| 4/29/2005 | 9 9 | Charter |
| 5/1/04 - 4/30/05 | 722 | |

P-000010




P.O. Box 423, Hudson, NY 12534
518-828-9461 • 800-359-2299 • Fax 518-828-9908
www.richmor.com

## REVISED INVOICE

Mr Don Moss  
SportsFlight Air, Inc  
460 New York Avenue  
Huntington, NY 11743

Invoice Date: 10/19/06  
Tail Number: N227SV  
Invoice No.: Z56928

Trip Date(s): May 2002 – May 2005

Government Contract
36 months X 50/hours a month:

| | | |
|---|---|---|
| Total obligation | 1800 0 hours | |
| Total hours used | 1258.4 | |
| Total hours owed | 541 6 | |

Less Outside Charter Hours:     305.4 hrs X $250/hr     $76,350.00
(This line item represents the total hours we were able to charter the aircraft to someone else  We agreed to reduce your obligation by these hours but are still obligated to pay AirMarketing their commission for these hours).

Unused Charter Hours:     236 2 hrs X $4900/hr     1,157,380.00

Interest owed     1,235,074.47

Balance Due Upon Receipt     $2,468,804.47
(1258 4 + 305 4 = 1563 80  please see attached backup)

Thank you for flying with Richmor Aviation
Payment is due Net 30 days from the date of this invoice
Interest is 18% per year (1 5% per month)

P-000011