UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ASSEMBLY POINT AVIATION, INC.,

                Plaintiff,

v.                              1:13-CV-298 (FJS/DJS)

RICHMOR AVIATION, INC.,

                Defendant.

## VERDICT FORM

Please indicate your response to the following questions by placing an "X" on the appropriate lines. Upon completing this form, the foreperson should sign and date it.

**QUESTION 1:** Did Plaintiff prove by a preponderance of the evidence that Plaintiff and Defendant modified the original written Lease such that Defendant was to pay Plaintiff 85 percent of the revenues that were due to Defendant under its contract with SFA regardless of whether the aircraft actually flew?



    __X__            _____
    Yes                   No

If your answer to this question is "Yes," proceed to Question 2.

If your answer to this question is "No," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

**GO ON TO THE NEXT PAGE.**

CONTINUED FROM PAGE 1.

QUESTION 2:     Does Defendant's account-stated defense apply?

      __✗__           _____
       Yes              No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to Question 3.

QUESTION 3:     Did Plaintiff prove by a preponderance of the evidence that that Plaintiff performed on the contract or relied on the oral modification to its detriment?

      _____         _____
       Yes              No

If your answer to this question is "Yes," proceed to Question 4.

If your answer to this question is "No," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

QUESTION 4:     Did Plaintiff prove by a preponderance of the evidence that Defendant breached the contract?

      _____         _____
       Yes              No

If your answer to this question is "Yes," proceed to Question 5.

If your answer to this question is "No," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

GO ON TO THE NEXT PAGE.

CONTINUED FROM PAGE 2.

QUESTION 5: What amount of damages, if any, did Plaintiff suffer as a direct consequence of Defendant's conduct?

$ _____

Have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

\_\_\_\_\*\*NAME REDACTED_____
Foreperson's signature

Date: JULY 27, 2016