UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ASSEMBLY POINT AVIATION, INC.,

                         Plaintiff,

       v.

RICHMOR AVIATION, INC.,

                         Defendant.
_____

# **DEFENDANT'S VERDICT SHEET**

1:13-CV-298
(FJS/DJS)


                        **TABNER, RYAN & KENIRY, LLP**
                        *Attorneys for Defendant,*
                         *Richmor Aviation, Inc.*
                        **18 Corporate Woods Blvd., Suite 8**
                        **Albany, New York 12211**
                        **Telephone: (518) 465-9500**
                        **Facsimile: (518) 465-5112**

# VERDICT FORM

Please indicate your response to the following questions by placing an "X" on the appropriate lines. Upon completing this form, the foreperson should sign and date it.

QUESTION 1: Did Assembly Point prove by a preponderance of the evidence that Assembly Point and Richmor orally modified the written Lease by mutually agreeing that Richmor would pay Assembly Point for a minimum number of flight hours arising out of the Sportsflight contract whether Assembly Point's aircraft flew such hours or not?

_____    _____
Yes       No

If your answer to this question is "Yes," set forth the terms of the oral modification and proceed to Question 2.

If your answer to this question is "No," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

State the terms of the oral modification, if any:

_____
_____
_____
_____
_____
_____
_____

QUESTION 2:	Does Richmor's account-stated defense apply?

_____	_____
Yes	No

If your answer to this question is "Yes," report to the Court for further instructions.

If your answer to this question is "No," proceed to the next question.


QUESTION 3:	Does Richmor's waiver defense or laches defense apply?

_____	_____
Yes	No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to the next question.


QUESTION 4:	Does Richmor's abandonment defense apply?

_____	_____
Yes	No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to the next question

QUESTION 5:	Does Richmor's unjust enrichment defense apply?

_____	_____
Yes	No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to the next question

QUESTION 6:	Does Richmor's waiver by estoppel defense or equitable estoppel defense apply?

_____	_____
Yes	No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to the next question.

QUESTION 7:	Does Richmor's statute of limitations defense apply?

_____	_____
Yes	No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to the next question.

QUESTION 8:   Does Richmor's impossibility, impracticability, or frustration of purpose defense apply?

_____   _____
Yes          No

If your answer to this question is "Yes," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

If your answer to this question is "No," proceed to the next question.

QUESTION 9:   Did Assembly Point prove by a preponderance of the evidence that Assembly Point performed on the contract as orally modified or relied on the oral modification to its detriment?

_____   _____
Yes          No

If your answer to this question is "Yes," proceed to the next question.

If your answer to this question is "No," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

QUESTION 10:   Did Assembly Point prove by a preponderance of the evidence that Richmor breached the contract?

_____   _____
Yes          No

If your answer to this question is "Yes," proceed to the next question.

If your answer to this question is "No," have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

QUESTION 11: What amount of damages, if any, did Assembly Point suffer as a direct consequence of Richmor's conduct?

$_____

If the amount set forth above is more than $0.00, please set forth in as much detail as possible the basis for the amount:

_____
_____
_____
_____

Have the foreperson sign and date this form and let the Marshal know that you have reached a verdict.

Dated: _____

_____
Foreperson