UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ASSEMBLY POINT AVIATION, INC.,

                Plaintiff,

-against-

RICHMOR AVIATION, INC.,

                Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Civil Case No.:
1:13-cv-298 (FJS-DJS)

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as against any party.

Date: November 1, 2017

_William F. Ryan, Jr., Esq. (102316)_
Brian M. Quinn, Esq. (516452)
**Tabner, Ryan and Keniry, LLP**
Attorneys for Defendant
18 Corporate Woods Boulevard
Albany, New York 12211
(518) 465-9500
wfr@trklaw.com
bmq@trklaw.com

Date: November 1, 2017

_John J. Henry, Esq. (501744)_
Robert S. Rosborough IV, Esq. (516667)
**Whiteman Osterman & Hanna LLP**
Attorneys for Plaintiff
One Commerce Plaza, Suite 1900
Albany, New York 12260
(518) 487-7600
jhenry@woh.com
rrosborough@woh.com

IT IS SO ORDERED.

**Dated: November 2, 2017**

_Frederick J. Scullin, Jr._
Senior U. S. Distict Judge